UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EVA GAVIN, Derivatively on Behalf of Nominal Defendant WEST PHARMACEUTICAL SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ERIC M. GREEN, BERNARD J. BIRKETT, QUINTIN J. LAI, DEBORAH L.V. KELLER, DOUGLAS A. MICHELS, JANET HAUGEN, MARK A. BUTHMAN, MOLLY E. JOSEPH, MYLA P. LAI-GOLDMAN, PAOLO PUCCI, ROBERT F. FRIEL, STEPHEN LOCKHART, THOMAS W. HOFMANN, and WILLIAM F. FEEHERY, <br><br> Defendants, <br><br> and <br><br> WEST PHARMACEUTICAL SERVICES, INC., <br><br> Nominal Defendant. | Case No. 2:25-cv-03164-JS |

### NOTICE OF VOLUNTARY DISMISSAL
### PURSUANT TO FED. R. CIV. P. 23.1 AND 41(a)(2)

PLEASE TAKE NOTICE that, pursuant to Federal Rules of Civil Procedure 23.1 and 41(a)(2), plaintiff Eva Gavin ("Plaintiff") voluntarily dismisses her claims in the above-captioned derivative action without prejudice. Because this Notice of Voluntary Dismissal is being filed with the Court before Defendants[1] have served either an answer or a motion for

---

[1] "Defendants" means Eric M. Green, Bernard J. Birkett, Quintin J. Lai, Deborah L.V. Keller, Douglas A. Michels, Janet Haugen, Mark A. Buthman, Molly E. Joseph, Myla P. Lai-Goldman, Paolo Pucci, Robert F. Friel, Stephen Lockhart, Thomas W. Hofmann, William F. Feehery, and West Pharmaceutical Services, Inc., collectively.

summary judgment in the Action, Plaintiff's dismissal of her claims in the Action is effective upon the filing of this notice.

| | |
|---|---|
| Dated: June 24, 2025 | **RIGRODSKY LAW, P.A.** |
| | |
| | */s/ Gina M. Serra*_____ |
| **OF COUNSEL:** | Gina M. Serra |
| | 1007 North Orange Street, Suite 453 |
| **RIGRODSKY LAW, P.A.** | Wilmington, DE 19801 |
| Seth D. Rigrodsky | Telephone: (302) 295-5310 |
| Vincent A. Licata | Facsimile: (302) 654-7530 |
| Leah B. Wihtelin | Email: gms@rl-legal.com |
| 825 East Gate Boulevard, Suite 300 | |
| Garden City, NY 11530 | *Attorneys for Plaintiff* |
| Telephone: (516) 683-3516 | |
| Email: sdr@rl-legal.com | |
|         vl@rl-legal.com | |
|         lw@rl-legal.com | |